UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDERY HERRERA,
                            Plaintiff,

                            24 Civ. 1815 (LGS)
-against-

                            ORDER
VAL GROUP INTERNATIONAL INC.,
                            Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated March 12, 2024, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is currently scheduled for April 24, 2024, at 4:10 P.M.

    WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **April 24, 2024**. If Plaintiff has not been in communication with Defendant, Plaintiff shall file a status letter regarding Plaintiff's efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **April 24, 2024**.

    **ORDERED** that the initial pretrial conference scheduled for April 24, 2024, is adjourned to **May 1, 2024.**

Dated: April 22, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE