UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDERY HERRERA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

         Plaintiffs,

         v.

VAL GROUP INTERNATIONAL INC.,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-1815

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), EDERY HERRERA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, VAL GROUP INTERNATIONAL INC., without prejudice and without fees and costs.

Dated: New York, New York
       May 21, 2024

                                            **GOTTLIEB & ASSOCIATES PLLC**

                                            <u>*/s/Michael A. LaBollita, Esq.*</u>

                                            Michael A. LaBollita, Esq., (ML-9985)
                                            150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                            Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                            Michael@Gottlieb.legal

                                            *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge